# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>**TERRY JAMES LANGFITT** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |

Case Number:     **CR 09-3019-3-LRR**

USM Number:     **10857-029**

**Max Wolson**
Defendant's Attorney

### THE DEFENDANT:

■   admitted guilt to violation(s)   **1a-b, 2a&c, 3a-b, 4a-d, 5a-b, 6a-f, 7a-c, and 8**   of the term of supervision.

☐   was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1a-b** | **Failure to Maintain Employment** | **August 27, 2014** |
| **2a&c** | **Failure to Notify USPO of Change in Employment/Residence** | **August 27, 2014** |
| **3a-b** | **Failure to Comply with Substance Abuse Testing** | **September 16, 2014** |
| **4a-d** | **Failure to Truthfully Answer Inquiries** | **September 18, 2014** |
| **5a-b** | **Association with a Felon** | **August 27, 2014** |
| **6a-f** | **Failure to Submit a Monthly Report Form** | **September 5, 2014** |
| **7a-c** | **Use of Controlled Substances** | **February 10, 2015** |
| **8** | **Travel without USPO Permission** | **January 25, 2015** |

The defendant is sentenced as provided in pages 2 through   **4**   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant was not found in violation of _____ and is discharged as to such violation(s).

■   The Court did not make a finding regarding violation(s)   **2b**   .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**February 20, 2015**
Date of Imposition of Judgment

_Signature of Judge_

**Linda R. Reade, Chief U.S. District Judge**
Name and Title of Judge

February 20, 2015
Date

DEFENDANT:        **TERRY JAMES LANGFITT**
CASE NUMBER:      **CR 09-3019-3-LRR**

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :        **18 months.**

☐   The court makes the following recommendations to the Bureau of Prisons:

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____  ☐  a.m.   ☐  p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2:00 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on  _____  to  _____

at   _____  with a certified copy of this judgment.

                                    _____
                                               UNITED STATES MARSHAL

               By   _____
                                       DEPUTY UNITED STATES MARSHAL

DEFENDANT:        **TERRY JAMES LANGFITT**
CASE NUMBER:      **CR 09-3019-3-LRR**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    **3 years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

☐    The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

■    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the Court or probation officer;

2)    the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        **TERRY JAMES LANGFITT**
CASE NUMBER:      **CR 09-3019-3-LRR**

# SPECIAL CONDITIONS OF SUPERVISION

1.  **The defendant must participate in and successfully complete a program of testing and treatment for substance abuse.**

2.  **The defendant must not use alcohol nor enter bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.**

3.  **The defendant must participate in a mental health evaluation and/or treatment program. The defendant must take all medications prescribed to the defendant by a licensed psychiatrist or physician.**

4.  **The defendant must submit to a search of the defendant's person, residence, adjacent structures, office and vehicle, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant must warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.**

5.  **If not employed at a regular lawful occupation, as deemed appropriate by the U.S. Probation Office, the defendant shall participate in employment workshops and report, as directed, to the U.S. Probation Office to provide verification of daily job search results or other employment related activities. In the event the defendant fails to secure employment, participate in the employment workshops or provide verification of daily job search results, the defendant may be required to perform up to 20 hours of community service per week until employed.**

6.  **Immediately following release from imprisonment, the defendant must reside in a Residential Reentry Center for a period of up to 180 days. This placement will be in the community corrections component with work release privileges. While a resident of the Residential Reentry Center, the defendant must abide by all rules and regulations of the facility. The defendant must report to the Residential Reentry Center at a time and date to be determined by the Bureau of Prisons, the Residential Reentry Center, and the U.S. Probation Office.**

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition(s) of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____          _____
Defendant                                                                    Date


_____          _____
U.S. Probation Officer/Designated Witness                                     Date